SOA
DAVID A. TANNER, Esq.
Nevada Bar No. 8282
**TANNER LAW FIRM**
8635 S. Eastern Ave.
Las Vegas, NV 89123
Telephone (702) 987-8888
Facsimile (702) 410-8070
david@tannerlawfirm.com

*Attorney for Plaintiff*

# DISTRICT COURT

# CLARK COUNTY, NEVADA

| | |
|---|---|
| GUADALUPE MARTINEZ, | CASE NO. 2:16-CV-02380-GMN-PAL |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO CONTINUE HEARING** |
| THE VONS COMPANIES, INC., a foreign corporation; DOES I through X; and ROE ENTITIES I through X, | |
| Defendants. | |

## STIPULATION AND ORDER TO CONTINUE HEARING

COME NOW, Plaintiff, GUADALUPE MARTINEZ, by and through her attorney, David A. Tanner, Esq. of the Tanner Law Firm, and Defendant, THE VONS COMPANIES, INC., by and through its attorney, Jack P. Burden, Esq. of Backus, Carranza & Burden, and hereby stipulate to move the hearing currently set for June 20, 2017, in regards to Motion for Sanctions Due to Spoliation of Video Surveillance Evidence (Document No. 22); Motion for

1

Sanctions Due to Spoliation of Photographic Evidence (Document No. 23); and Motion to Strike (Document No. 24) from its current date of June 20, 2017 at 9:00 am, to July 6, 2017 at **10:00 am.** The hearing will take place in LV Courtroom 3B before Magistrate Judge Peggy A. Leen.

Dated this 26 day of May, 2017.　　　　　　Dated this 25 day of May, 2017.

**TANNER LAW FIRM**　　　　　　　　　**BACKUS, CARRANZA & BURDEN**

By: _____　　　　　By: _____
David A. Tanner, Esq.　　　　　　　　　Jack P. Burden, Esq.
Nevada Bar No. 8282　　　　　　　　　Nevada Bar No. 6918
8635 S. Eastern Ave.　　　　　　　　　3050 South Durango Drive
Las Vegas, NV 89123　　　　　　　　　Las Vegas, NV 89117
*Attorney for Plaintiff*　　　　　　　　　*Attorney for Defendant*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: May 30, 2017